# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Case Name:
**DAVID FRANK MCMELLON and**
**EMILY CATHERINE MCMELLON,**

Case Number: 10-30169
Chapter 7

Debtors,

## TRUSTEE FUNDS SUBMISSION FORM

*FILED IN CHARLESTON*
*U.S. BANKRUPTCY COURT*
*JUN 2 3 2017*
*SOUTHERN DISTRICT*
*WEST VIRGINIA*

_____ Attached is a check in the amount of $ _____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____    $_____
Adversary Case No. _____    $_____
Other: _____     $_____

_____ Attached is a check in the amount of $_____ for claims under $5.00 to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the Claimant(s) listed below.

**X** Attached is a check which reflects unclaimed funds in the amount of $29,326.00, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below:

| CLAIM NUMBER | CLAIMANT (name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 7 | Capital One. PO Box 30285 Salt Lake City, UT 84130-0285 | | $ 21,531.00 |
| 8 | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | $ 7,795.00 |

Dated: 6/20/17

ROBERT L. JOHNS, TRUSTEE